*U.S. Department of Justice*



*United States Attorney*
*District of New Hampshire*

*Federal Building*  603/225-1552
*55 Pleasant Street, Room 312*
*Concord, New Hampshire 03301*

February 20, 2008

Ann Mulvee, Deputy Clerk
United States District Court
District of New Hampshire
55 Pleasant Street
Concord, New Hampshire 03301

    **Re: Rebecca Bilodeau**
    **Mag. No. 04-108**

Dear Deputy Clerk Mulvee:

    Please accept this letter as a request to unseal the above-stated case. Ms. Bilodeau was the subject of a material witness complaint issued by the Court on or around September 23, 2004. Although the material witness complaint and warrant was ultimately dismissed by the Court, the matter remained sealed. Because there is no reason to continue to have the matter sealed, the United States respectfully requests that it be unsealed.

    Thank you for your attention to this matter.

    Sincerely,

    THOMAS P. COLANTUONO
    United States Attorney

    By:/s/ Terry L. Ollila
    Terry L. Ollila
    Assistant U.S. Attorney